UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                      Case No.  05-cr-61-01-SM

Rebecca Bally

## O R D E R

Defendant Bally's motion to continue the final pretrial conference and trial is granted (document 10). Trial has been rescheduled for the May 2006 trial period. Defendant Bally shall file a waiver of speedy trial rights not later than March 3, 2006. On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** April 24, 2006 at 4:00 p.m.

**Jury Selection**: May 2, 2006 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

February  23, 2006

cc:   Donald Kennedy, Esq.
      Mark Irish, AUSA
      US Probation
      US Marshal